Steven COUNTS, Plaintiff–Appellant,

v.

RALSTON PURINA COMPANY,
Defendant–Respondent.

No. 61413.

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Aug. 5, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Appeal from the Circuit Court of the City of St. Louis; Jack L. Koehr, Judge.

Leonard P. Cervantes, St. Louis, for plaintiff-appellant.

James E. Whaley, James B. James, St. Louis, for defendant-respondent.

ORDER

PER CURIAM.

Appellant, Steven Counts, appeals from a grant of summary judgment in favor of respondent, Ralston Purina Company, entered in the Circuit Court of the City of St. Louis. We have reviewed the briefs and

arguments of the parties, as well as the legal files, and have found no clear error on the part of the trial court. As we further find that no jurisprudential purpose would be served by a written opinion, we affirm the trial court's grant of summary judgment pursuant to Rule 84.16(b). A memorandum has been provided to the parties, solely for their own information, explaining the reasons for our decision.